# **EXHIBIT 33**

https://www.cpsc.gov/Recalls/2020/ximi-vogue-recalls-childrens-neck-pillows-due-to-violation-of-the-federal-lead-paint
01.09.2021



### United States CONSUMER PRODUCT SAFETY COMMISSION

En | Es | 汉字

Menu

Search CPSC

Home » Recalls » Ximi Vogue Recalls Childrens Neck Pillows Due To Violation Of The Federal Lead Paint

# Ximi Vogue Recalls Children's Neck Pillows Due to Violation of the Federal Lead Paint Ban; Risk of Poisoning

513

**Report Unsafe Products**

**Search Unsafe Products**



**Name of product:**
Children's Neck Pillows

**Hazard:**
Paint on the zippers and zipper pulls contains levels of lead that exceed the federal lead paint ban. Lead is toxic if ingested by young children and can cause adverse health effects.

**Remedy:**
Refund

**Recall date:**
April 30, 2020

**Units:**
About 160

Recalled Ximi Vogue children's pink elephant neck pillow

   

**Consumer Contact:**
Ximi Vogue toll-free at 855-XIMI-002 (855-946-4002) or by email at **admin@ximivogueusa.com** for more information.

## Recall Details

**Description:**
This recall involves four models of children's neck pillows in pink, blue, gray, and green plush fabric. The bar code and Ximi Vogue are printed on a tag sewn into the side of the pillow. The pillow covers have zippers on the back.

| Ximi Vogue children's pink elephant neck pillow with silver crown  Bar Code 6939837694431 | Ximi Vogue children's blue chick neck pillow with gold crown  Bar Code 6939837694493 |
|---|---|
| Ximi Vogue children's gray elephant neck pillow with silver crown  Bar Code 693983769445 | Ximi Vogue children's green dinosaur neck pillow  Bar Code 6939837694417 |

**Remedy:**
Consumers should immediately take the recalled children's neck pillows away from children and contact Ximi Vogue for a full refund.

**Incidents/Injuries:**
None reported

**Sold At:**
Ximi Vogue stores in Miami from November 2019 through February 2020 for about $11.

**Importer(s):**
Ximi Vogue LLC, of Doral, Fla.

**Manufactured In:**
China

**Recall number:**
20-113

Report an Incident Involving this Product

## Choose Your Recall Emails

### Related Recalls

 Wee Gallery Recalls Wooden Tray Puzzles Due to Choking Hazard

 Infant Bath Seats Recalled Due to Drowning Hazard; Imported by Frieyss and Sold Exclusively on Amazon.com (Recall Alert) (Recall Alert)

 Nordstrom Recalls Children's Socks Due to Choking Hazard

 Primark Recalls Scent Stamper Pens Due to Elevated Levels of Benzyl Alcohol; Risk of Skin Irritation

TJX Recalls Counter Stools Due to Fall and Injury Hazards; Sold at HomeGoods and Homesense Stores

**Search Product Safety Reports**

Search Product Safety Reports on Saferproducts.gov ▸

**Find more about government recalls**

Recalls.gov ▸

**Find recalls from around the world**

Global Recall Portal ▸

### About the U.S. CPSC

The U.S. Consumer Product Safety Commission (CPSC) is charged with protecting the public from unreasonable risks of injury or death associated with the use of thousands of types of consumer products. Deaths, injuries, and property damage from consumer product incidents cost the nation more than $1 trillion annually. CPSC's work to ensure the safety of consumer products has contributed to a decline in the rate of deaths and injuries associated with consumer products over the past 40 years.

Federal law bars any person from selling products subject to a publicly announced voluntary recall by a manufacturer or a mandatory recall ordered by the Commission.

For lifesaving information:

- Visit CPSC.gov.
- Sign up to receive our e-mail alerts.
- Follow us on Facebook, Instagram @USCPSC and Twitter @USCPSC.
- Report a dangerous product or a product-related injury on www.SaferProducts.gov.
- Call CPSC's Hotline at 800-638-2772 (TTY 301-595-7054).
- Contact a media specialist.

### Inside CPSC

| | |
|---|---|
| Accessibility | Information Quality Act |
| Vulnerability Disclosure Policy | FOIA |
| | Inspector General |
| Privacy Policy | No Fear Act |
| Budget, Performances & Finance | Data |
| | USA.gov |
| Open Government | Sitemap |

Connect with us:

  
 

U.S. Consumer Product Safety Commission
4330 East West Highway Bethesda, MD 20814

Contact Us: 800-638-2772 (TTY 800-638-8270)
Toll Free Consumer Hotline | Time: 8 a.m. - 5.30. p.m. ET

Website Feedback

CPSC.gov is an official website of the United States government.