UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-CV-23322-FAM
JURY DURY DEMANDED

ADVANCE MAGAZINE PUBLISHERS INC
d/b/a CONDE NAST.,

    Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD., XIMIVOGUE USA FRANCHISING, LLC.,
ET AL.

    Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

COMES NOW, DEFENDANTS, XIMIVOGUE USA FRANCHISING, LLC., XIMI VOGUE FLORIDA, LLC., XIMIVOGUE BAL HARBOUR LLC., XIMIVOGUE BAYSIDE, LLC., XIMIVOGUE PEMBROKE LLC., XIMIVOGUE WESTLAND LLC., XIMI VOGUE PLAZA DEL SOL, LLC., XIMIVOGUE, LLC, XIMIVOGUE FLORIDA BROWARD, LLC., XIMI FLORIDA 001, LLC., XIMI FLORIDA 002, LLC., XIMI FLORIDA 003, LLC., XIMI FLORIDA 004, LLC., XIMI FLORIDA 005, LLC., XIMI CALIFORNIA 001, LLC., (hereinafter referred to as "XIMI"), ALEJANDRO GUERRERO (hereinafter referred to as "GUERRERO"), STEPHENIA LIMA (hereinafter referred to as "LIMA"), SHAHPOUR DALIRIAN (hereinafter referred to as "DALIRIAN"), and YANET BARKLEY (hereinafter referred to as "BARKLEY") by and through their undersigned counsel, hereby move this Honorable Court for an Order extending the time to file a responsive pleading to the Complaint for Damages filed by PLAINTIFF, ADVANCE MAGAZINE PUBLISHERS INC., d/b/a CONDE NAST.,("Plaintiff") and states as follows:

1. Plaintiff filed a complaint against above referenced DEFENDANTS, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY on September 14, 2021.

2. The undersigned has just been retained by the above referenced Defendants, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY to represent them in this action.

3. The parties have agreed to an extension of 60 days for the above referenced Defendants, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY to file a responsive pleading to the complaint.

4. The above referenced Defendants, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY's request is not meant to cause unnecessary delay and will not prejudice the Plaintiff.

WHEREFORE, the above referenced DEFENDANTS, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY, respectfully request this Court enter an order granting their motion for extension of time, granting the above referenced DEFENDANTS, XIMI, GUERRERO, LIMA, DALIRIAN, and BARKLEY an additional sixty (60) days to file a responsive pleading to the Complaint, and all other remedies this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on November 19, 2021, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record.

RICARDO E. PINES, P.A., Esq.
Attorney for the above referenced Defendants
XIMI, GUERRERO, LIMA
DALIRIAN, and BARKLEY
3301 Ponce de Leon Boulevard, Suite 200
Coral Gables, Florida 33134
Tel: (305) 461-5757
Email: pleadings@repinespa.com

By: _____
Ricardo E. Pines, Esq.
Fla. Bar 844608

LAW OFFICES OF RICARDO E.PINES, P.A.
3301 PONCE DE LEON BOULEVARD, SUITE 200, CORAL GABLES, FLORIDA 33134 •
TELEPHONE (305) 461-5757

2