# AFFIDAVIT OF PROCESS SERVER

Job # 46584

**Client Info:**
Adams and Reese LLP
101 East Kennedy Boulevard, Suite 4000
Tampa, FL  33602

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST | United States District Court  Court Division: Miami Division |
| -versus- | |
| **DEFENDANT:** ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., ET AL. | Court Case # 21-cv-23322-FAM |

**Service Info:**

Date Received: 10/15/2021 at 06:09 PM
Service: I Served **KKCUTE Inc. (formerly d/b/a XIMIVOGUE Chicago, Inc.)**
With: **COMPLAINT AND DEMAND FOR JURY TRIAL; SUMMONS**

**Location:**
Business 5 Woodfield Mall #D307 Schaumburg, IL 60173

On __10/ 21/21__ at __11:35 AM__  ( am / pm )

[ ] Government Agency:
[X] Corporate service at place of business: to: __Hongya Lee__ as __Manager On Duty__
[ ] Corporate service upon registered agent: _____
[ ] Corporate service substitute at residence: to: _____ as _____
[ ] Corporate service substitute at registered agent's residence: _____ as _____
[ ] Other: _____
[ ] Non-service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):
_____
_____
_____

I __Craig Palmer__ certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _/s/ Craig Palmer_

Process Server: __Craig Palmer__, Lic # __117-001119__
**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **46584**

SUBSCRIBED AND SWORN to before me this __22__ day of __October__, __2021__, by __Craig Palmer__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [ ] online presence.

_/s/ Joan C Harenberg_
NOTARY PUBLIC for the state of __Illinois__

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025


