# AFFIDAVIT OF PROCESS SERVER

Job # 47227

### Client Info:
Adams and Reese LLP
101 East Kennedy Boulevard, Suite 4000
Tampa, FL  33602

### Case Info:

**PLAINTIFF:**
ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST
-versus-
**DEFENDANT:**
ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., ET AL.

United States District Court
Court Division: SOUTHERN DISTRICT OF FLORIDA

County of Miami Division, Florida
Court Case # **1:21-cv-23322-FAM**

### Service Info:

**Date Received: 11/9/2021** at **01:39 PM**
**Service: I Served XIMIVOGUE North Carolina, LLC**
With: **Summons and Complaint and Demand for Jury Trial**
by leaving with **ALIK BAGHRAMYAN, CO-RESIDENT to Authorized**

**At Residence 6358 LA REINA DRIVE C/O ARTHUR BAGHRAMYAN, MANAGING MEMER TUJUNGA, CA 91042**
On **11/29/2021** at **11:40 AM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

I John Abramyan certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**John Abramyan**
Lic # **#6898**
**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **47227**

SUBSCRIBED AND SWORN to before me this __30__ day of __November, 2021__, by __John Abramyan__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_____
NOTARY PUBLIC for the state of California



TONI SANO
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024




# AFFIDAVIT OF PROCESS SERVER

Job # 47227

**Client Info:**

Adams and Reese LLP
101 East Kennedy Boulevard, Suite 4000
Tampa, FL 33602

**Case Info:**

**PLAINTIFF:**
ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST
-versus-
**DEFENDANT:**
ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., ET AL.

United States District Court
Court Division: SOUTHERN DISTRICT OF FLORIDA

County of Miami Division, Florida
Court Case # **1:21-cv-23322-FAM**

**Service Info:**

Date Received: **11/9/2021** at **01:39 PM**
Service: I Served **XIMIVOGUE North Carolina, LLC**
With: **Summons and Complaint and Demand for Jury Trial**
by leaving with **ALIK BAGHRAMYAN, CO-RESIDENT to Authorized**

At Residence 6358 LA REINA DRIVE C/O ARTHUR BAGHRAMYAN, MANAGING MEMER TUJUNGA, CA 91042
On **11/29/2021** at **11:40 AM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

**Service was Attempted on:**

**(1) 11/12/2021** at **07:43 PM**, by **John Abramyan** Loc: 213 East Chestnut Street Apt. 201 c/o Aren Arakelya, Managing Member Glendale, CA 91205
**Notes:** Heard dogs barking inside, lights on but no answer at the door.

**(2) 11/16/2021** at **08:05 AM**, by **John Abramyan** Loc: 213 East Chestnut Street Apt. 201 c/o Aren Arakelya, Managing Member Glendale, CA 91205
**Notes:** Heard movement inside, TV is on but no answer at the door. Armenian neighbor said a couple of young guys live here but he didn't know the names.

**(3) 11/17/2021** at **09:10 PM**, by **John Abramyan** Loc: 213 East Chestnut Street Apt. 201 c/o Aren Arakelya, Managing Member Glendale, CA 91205
**Notes:** No answer, no lights on inside the unit, blinds are completely pulled open.

**(4) 11/18/2021** at **07:50 AM**, by **John Abramyan** Loc: 213 East Chestnut Street Apt. 201 c/o Aren Arakelya, Managing Member Glendale, CA 91205
**Notes:** No answer, quiet inside

**(5) 11/20/2021** at **11:25 AM**, by **John Abramyan** Loc: 213 East Chestnut Street Apt. 201 c/o Aren Arakelya, Managing Member Glendale, CA 91205
**Notes:** No answer, quite inside again. Neighbors at Unit 202 no help.

I John Abramyan certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**John Abramyan**
Lic # **#6898**
**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Our Job # **47227**




1 of 2

**Accurate Serve**
PO Box 5141
Lakeland, FL 33807
Phone: (863) 873-6691

Job # 47227

Our Job # **47227**

SUBSCRIBED AND SWORN to before me this ___30___ day of ___November, 2021___, by ___John Abramyan___,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

_____
NOTARY PUBLIC for the state of California



TONI SANO
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024


