UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD., et al,

        Defendants.
_____/

Case No. 1:21-cv-23322-FAM
JURY TRIAL DEMANDED

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maia T. Woodhouse of the law firm of Adams and Reese LLP, 1600 West End Avenue, Suite 1400, Nashville, Tennessee 37203, (615) 259-1085, for purposes of appearance as co-counsel on behalf of Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Caitlin H. Smith to receive electronic filings in this case, and in support thereof states as follows:

    1.    Maia T. Woodhouse is not admitted to practice in the Southern District of Florida but is an active member in good standing and admitted to practice in the State of New York and the State of Tennessee (TN BPR No. 030438).

2. Movant, Eric J. Partlow, Esquire, of the law firm of Adams and Reese LLP, 101 E. Kennedy Boulevard, Suite 4000, Tampa, Florida, 33602 #813-402-2880, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maia T. Woodhouse has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Maia T. Woodhouse, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maia T. Woodhouse at email address:maia.woodhouse@arlaw.com.

WHEREFORE, Eric J. Partlow moves this Court to enter an Order allowing Maia T. Woodhouse to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maia T. Woodhouse.

Date: December 16, 2021                    Respectfully submitted,

                                                    ADAMS AND REESE LLP

                                                  /s/ Eric J. Partlow_____
Eric J. Partlow
Trial Counsel
Florida Bar No. 556531
101 E. Kennedy Boulevard, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

      Plaintiff,

vs.                                    Case No.:  1:21-cv-23322-FAM

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD., et al.,

      Defendants.
_____/

## **CERTIFICATION OF MAIA T. WOODHOUSE**

      Maia T. Woodhouse, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the state courts of Tennessee and New York; the U.S. District Court for the Western, Middle, and Eastern Districts of Tennessee; the U.S. District Court for the Northern and Eastern Districts of Texas; and the U.S. Court of Appeals for the Tenth and Federal Circuits; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Date: December 16, 2021                                    /s/ Maia T. Woodhouse
                                                                     Maia T. Woodhouse

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2021, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings were electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

Date: December 16, 2021      /s/ Eric J. Partlow
                             Eric J. Partlow
                             *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

              Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD., et al,

              Defendants.
_____/

Case No. 1:21-cv-23322-FAM
JURY TRIAL DEMANDED

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maia T. Woodhouse, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Maia T. Woodhouse, may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Maia T. Woodhouse, at maia.woodhouse@arlaw.com.

Dated: _____

                                                Honorable Federico A. Moreno
                                                UNITED STATES DISTRICT JUDGE