**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case Number: 21-23322-CIV-MORENO

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

           Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI VOGUE, INC., XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

           Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT XIMIVOGUE NORTH CAROLINA LLC**
**TO ANSWER OR RESPOND TO THE COMPLAINT**

       Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast") respectfully

moves the Court for an extension of time, up to and including March 30, 2022, for Defendant

1

Ximivogue North Carolina LLC ("Defendant") to answer or respond to the Complaint. In support of this agreed Motion, Condé Nast states as follows:

1. Condé Nast filed this lawsuit on September 14, 2021, asserting ten causes of action arising from trademark infringement, false designation of origin, dilution, unfair competition, and conspiracy in violation of federal and state laws. (ECF No. 1.) On November 9, 2021, Defendant was served with the summons and Complaint (ECF No. 21).

2. Condé Nast and Defendant are in the process of negotiating a possible resolution to this litigation, including obtaining proof of a cessation of alleged infringement and the potential entry of permanent injunctive relief.

3. In the interests of efficiency, judicial economy, and to conserve resources, and in an effort to facilitate further discussions between the parties to potentially resolve this litigation, Condé Nast respectfully requests an extension of time, up to and including March 30, 2022, for Defendant to answer or respond to the Complaint.

4. Defendant has requested and agreed to this requested extension of time.

WHEREFORE, Condé Nast respectfully requests that, for good cause shown, the deadline for Defendant Ximivogue North Carolina LLC to answer or respond to the Complaint be extended to and including March 30, 2022.

**LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, which counsel advises that he consents to the relief requested herein.

Date: February 1, 2022                              Respectfully submitted,

                                                    **ADAMS AND REESE LLP**

                                                    /s/ Eric J. Partlow
                                                    Eric J. Partlow
                                                    Trial Counsel
                                                    Florida Bar No. 556531
                                                    100 North Tampa Street, Suite 4000
                                                    Tampa, FL  33602
                                                    (813) 402-2880 (Telephone)
                                                    (813) 402-2887 (Facsimile)
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record, and via U.S. Mail to: XimiVogue North Carolina LLC, c/o Arthur Baghramyan, Managing Member, 6358 La Reina Drive, Tujunga, CA, 91042.


Date: February 1, 2022          /s/ Eric J. Partlow
                                Eric J. Partlow
                                *Attorney for Plaintiff*