UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23322-CIV-MORENO

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI VOGUE, INC., XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

## **[PROPOSED] ORDER**

**THIS MATTER** came before the Court unopposed on Plaintiff's Agreed Motion for an Extension of Time for Defendant Ximivogue North Carolina LLC to answer or respond to the Complaint (the "Agreed Motion"). Having reviewed the Agreed Motion, any responses thereto, and all relevant documents on record, and for good cause shown, the Court hereby **GRANTS**

Plaintiff's Agreed Motion. The deadline to answer the Motion to Dismiss is hereby extended up to and including March 30, 2022.

**IT IS SO ORDERED** this ___ day of _____ 2022.

_____
Honorable Federico A. Moreno
United States District Judge