**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number: 21-23322-CIV-MORENO**

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

          Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD., XIMIVOGUE USA
FRANCHISING, LLC, XIMI VOGUE
FLORIDA, LLC, XIMIVOGUE BAL
HARBOUR LLC, XIMIVOGUE BAYSIDE
LLC, XIMIVOGUE PEMBROKE LLC,
XIMIVOGUE WESTLAND LLC, XIMI
VOGUE PLAZA DEL SOL, LLC,
XIMIVOGUE LLC, ALEJANDRO
GUERRERO, STEPHENIA LIMA,
SHAHPOUR DALIRIAN, YANET
BARKLEY, XIMI VOGUE FLORIDA
BROWARD LLC, XIMI FLORIDA 001 LLC,
XIMI FLORIDA 002 LLC, XIMI FLORIDA
003 LLC, XIMI FLORIDA 004 LLC, XIMI
FLORIDA 005 LLC, XIMI VOGUE, INC.,
XIMI CALIFORNIA 001 LLC, KKCUTE INC.
(FORMERLY d/b/a XIMIVOGUE CHICAGO
INC.), and XIMIVOGUE NORTH
CAROLINA, LLC,

          Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME**
**FOR PLAINTIFF TO RESPOND TO THE MOTION TO DISMISS**

Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast") respectfully

moves the Court for an extension of time, up to and including March 10, 2022, to respond to the

1

Motion to Dismiss by Individual Defendants and Ximi Franchisees (Dkt. 30).[1] In support of this agreed Motion, Condé Nast states as follows:

1. Condé Nast filed this lawsuit on September 14, 2021, asserting ten causes of action arising from trademark infringement, false designation of origin, dilution, unfair competition, and conspiracy in violation of federal and state laws. (ECF No. 1.)

2. On November 12, 2021, counsel for Individual Defendants and Ximi Franchisees notified Condé Nast that he had been engaged to represent most of the defendants in this case, and requested Condé Nast's consent to a 60-day extension of time to answer. Condé Nast agreed not to oppose that request, provided that counsel for Individual Defendants and Ximi Franchisees confirmed which defendants he represented, and agreed to accept service on behalf of any represented defendants that had not yet been served.

3. On November 19, 2021, Individual Defendants and Ximi Franchisees moved for an extension of time to file a responsive pleading, noting Condé Nast's agreement to the request and thus accepting service of process. (ECF No. 11 (noting that "[t]he parties have agreed to an extension of 60 days[.]").)

4. On January 18, 2022, Individual Defendants and Ximi Franchisees moved to dismiss the Complaint against them pursuant to Rule 12(b)(6).

---

[1] Those defendants include ALEJANDRO GUERRERO ("Guerrero"), STEPHENIA LIMA ("Lima"), SHAHPOUR DALIRIAN ("Dalrian"), YANET BARKLEY ("Barkley," and together with Guerrero, Lima, and Dalrian, the "Individual Defendants"), XIMIVOGUE USA FRANCHISING, LLC. ("XimiVogue USA Franchising"), XIMI VOGUE FLORIDA, LLC., XIMIVOGUE BAL HARBOUR LLC., XIMIVOGUE BAYSIDE, LLC., XIMIVOGUE PEMBROKE LLC., XIMIVOGUE WESTLAND LLC., XIMI VOGUE PLAZA DEL SOL, LLC., XIMIVOGUE, LLC, XIMIVOGUE FLORIDA BROWARD, LLC., XIMI FLORIDA 001, LLC., XIMI FLORIDA 002, LLC., XIMI FLORIDA 003, LLC., XIMI FLORIDA 004, LLC., XIMI FLORIDA 005, LLC., XIMI CALIFORNIA 001, LLC., (collectively, the "Ximi Franchisees").

5.      Condé Nast, Individual Defendants, and Ximi Franchisees are in the process of negotiating a possible resolution to this litigation, including the potential entry of permanent injunctive relief.

6.      In the interests of efficiency, judicial economy, and to conserve resources, and in an effort to facilitate further discussions between the parties to potentially resolve this litigation, Condé Nast respectfully requests a thirty (30) day extension of time, up to and including March 10, 2022, to respond to the Motion to Dismiss.

7.      Individual Defendants and Ximi Franchisees have agreed to Condé Nast's requested extension of time.

WHEREFORE, Condé Nast respectfully requests that, for good cause shown, the deadline to respond to the Motion to Dismiss, be extended by thirty (30) days, up to and including March 10, 2022.

## **LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, which counsel advises that he consents to the relief requested herein.

Date: February 4, 2022                    Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ Michael A. Kolcun

Eric J. Partlow
Trial Counsel
Florida Bar No. 556531

Michael A. Kolcun
Fla. Bar No. 86043

100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

Date: February 4, 2022          /s/ Michael A. Kolcun
                                Michael A. Kolcun
                                *Attorney for Plaintiff*