**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number: 21-23322-CIV-MORENO**

ADVANCE MAGAZINE PUBLISHERS INC.,
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI VOGUE, INC., XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

**NOTICE OF STRIKING**

    Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast") hereby gives notice of striking its filing at Dkt. 33.

Date: February 4, 2022						Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ Michael A. Kolcun

Eric J. Partlow
Trial Counsel
Florida Bar No. 556531

Michael A. Kolcun
Fla. Bar No. 86043

100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

Date: February 4, 2022				/s/ Michael A. Kolcun
						Michael A. Kolcun
						*Attorney for Plaintiff*