**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number: 21-23322-CIV-MORENO**

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., YIWU HONGMI TRADE CO. LTD., GUANGZHOU XIBIN TRADING CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

**NOTICE OF FILING PROPOSED SUMMONSES**

Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("**Condé Nast**" or "**Plaintiff**"), through the undersigned counsel, gives notice of filing the attached proposed Summonses for issuance by the Clerk to the following parties associated with this case:

1. Defendant Yiwu Hongmi Trade Co. Ltd. is a Chinese limited company, with an address at Danxi North Road, Beiyuan Street, Yiwu City, Zhejiang Province, China 322000; and

2. Defendant Guangzhou Xibin Trading Co., Ltd. is a Chinese limited company, with an address at Room 1501A, 1504, No.26 Huaxia Road, Tianhe District, Guangzhou, China.

Dated: February 20, 2022

> Respectfully submitted,
>
> ADAMS AND REESE LLP
>
> */s/ Eric J. Partlow*
> Eric J. Partlow
> Trial Counsel
> Florida Bar No. 556531
> eric.partlow@arlaw.com
> 101 E. Kennedy Blvd., Suite 4000
> Tampa, Florida 33602
> (813) 402-2880 (Telephone)
> (813) 402-2887 (Facsimile)
>
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

> /s/ Eric J. Partlow
> Eric J. Partlow
> *Attorneys for Plaintiff*