**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case Number: 21-23322-CIV-MORENO

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO.,
LTD., YIWU HONGMI TRADE CO. LTD.,
GUANG ZHOU XIBIN TRADING CO., LTD.,
XIMIVOGUE USA FRANCHISING, LLC, XIMI
VOGUE FLORIDA, LLC, XIMIVOGUE BAL
HARBOUR LLC, XIMIVOGUE BAYSIDE LLC,
XIMIVOGUE PEMBROKE LLC, XIMIVOGUE
WESTLAND LLC, XIMI VOGUE PLAZA DEL
SOL, LLC, XIMIVOGUE LLC, ALEJANDRO
GUERRERO, STEPHENIA LIMA, SHAHPOUR
DALIRIAN, YANET BARKLEY, XIMI VOGUE
FLORIDA BROWARD LLC, XIMI FLORIDA
001 LLC, XIMI FLORIDA 002 LLC, XIMI
FLORIDA 003 LLC, XIMI FLORIDA 004 LLC,
XIMI FLORIDA 005 LLC, XIMI CALIFORNIA
001 LLC, KKCUTE INC. (FORMERLY d/b/a
XIMIVOGUE CHICAGO INC.), and
XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT**
**WITH PERMANENT INJUNCTIVE RELIEF**
**AS TO XIMIVOGUE NORTH CAROLINA, LLC**

Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast ("Condé Nast") and defendant XIMIVOGUE North Carolina, LLC n/k/a XIMI NC, LLC ("Defendant") have entered into a settlement agreement to resolve the claims between them in the above-captioned litigation. Pursuant to their settlement agreement, the parties jointly move the Court for entry of their proposed Consent Final Judgment and Permanent Injunction.

WHEREFORE, the Parties respectfully request that the Court enter the Order and Consent Final Judgment and Permanent Injunction attached hereto as **Exhibit A** as to defendant XIMIVOGUE North Carolina, LLC.

Dated February 21, 2022

/s/ Michael A. Kolcun
Eric J. Partlow
Florida Bar No. 556531
Primary: Eric.Partlow@arlaw.com
Secondary: Ann.Jones@arlaw.com

Michael A. Kolcun
Florida Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Michael A. Kolcun
Michael A. Kolcun
*Attorneys for Plaintiff*