AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST, <br><br> *Plaintiff(s)* <br> v. <br> ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., et al. <br><br> *Defendant(s)* | Civil Action No. 1:21-CV-23322-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yiwu Hongmi Trade Co. Ltd.
Danxi North Road, Beiyuan Street
Yiwu City, Zhejiang Province, China 322000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
Adams and Reese LLP
100 North Tampa Street, Suite 4000
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 22, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts