UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ADVANCE MAGAZINE PUBLISHERS INC.
D/B/A CONDE NAST,

     *Plaintiff,*

v.                      Case No. 1:21-cv-23322-FAM

ZHEJIANG XIBIN IMPORT AND EXPORT
CO., LTD *et al.,*

     *Defendants.*

_____

## **MOTION FOR EXTENSION OF TIME**

Now come Defendants ALEJANDRO GUERRERO ("Guerrero"), STEPHENIA LIMA ("Lima"), SHAHPOUR DALIRIAN ("Dalrian"), YANET BARKLEY ("Barkley," and together with Guerrero, Lima, and Dalrian, the "Individual Defendants"), XIMIVOGUE USA FRANCHISING, LLC. ("XimiVogue USA Franchising"), XIMI VOGUE FLORIDA, LLC., XIMIVOGUE BAL HARBOUR LLC., XIMIVOGUE BAYSIDE, LLC., XIMIVOGUE PEMBROKE LLC., XIMIVOGUE WESTLAND LLC., XIMI VOGUE PLAZA DEL SOL, LLC., XIMIVOGUE, LLC, XIMIVOGUE FLORIDA BROWARD, LLC., XIMI FLORIDA 001, LLC., XIMI FLORIDA 002, LLC., XIMI FLORIDA 003, LLC., XIMI FLORIDA 004, LLC., XIMI FLORIDA 005, LLC., XIMI CALIFORNIA 001, LLC., (Collectively, the "Ximi Franchisees," and together with the Individual Defendants and XimiVogue USA Franchising, "Movants"), by and through undersigned counsel, respectfully moves the Court for an extension of time, up to and including March 14, 2022, to file a responsive pleading to the Amended Complaint and Demand for Jury Trial, and state as follows:

1. Plaintiff filed an Amended Complaint and Demand for Jury Trial on February 18, 2022.

2. The Answer to the Amended Complaint and Demand for Jury Trial is due today.

3. The parties are actively negotiating a settlement. Therefore, in an effort to facilitate further discussions between the parties to potentially resolve this litigation, the Defendants named above, respectfully request a 10-day extension of time, up and including March 14, 2022, to file a responsive pleading to the Amended Complaint for Jury Trial.

4. Plaintiff has agreed to the requested extension of time.

**WHEREFORE,** ALEJANDRO GUERRERO ("Guerrero"), STEPHENIA LIMA ("Lima"), SHAHPOUR DALIRIAN ("Dalrian"), YANET BARKLEY ("Barkley," and together with Guerrero, Lima, and Dalrian, the "Individual Defendants"), XIMIVOGUE USA FRANCHISING, LLC. ("XimiVogue USA Franchising"), XIMI VOGUE FLORIDA, LLC., XIMIVOGUE BAL HARBOUR LLC., XIMIVOGUE BAYSIDE, LLC., XIMIVOGUE PEMBROKE LLC., XIMIVOGUE WESTLAND LLC., XIMI VOGUE PLAZA DEL SOL, LLC., XIMIVOGUE, LLC, XIMIVOGUE FLORIDA BROWARD, LLC., XIMI FLORIDA 001, LLC., XIMI FLORIDA 002, LLC., XIMI FLORIDA 003, LLC., XIMI FLORIDA 004, LLC., XIMI FLORIDA 005, LLC., XIMI CALIFORNIA 001, LLC., (Collectively, the "Ximi Franchisees," and together with the Individual Defendants and XimiVogue USA Franchising, ("Movants") respectfully requests that, for good cause shown, the deadline to file a responsive pleading to the Amended Complaint for Jury Trial, be extended by ten days, up to and including March 14, 2022.

## <u>LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, which counsel advises that he consents to the relief requested herein.

Respectfully submitted,

/s/ <u>**Ricardo E. Pines, Esq.**</u>

Ricardo E. Pines PA
3301 Ponce de Leon Boulevard
Suite 200
Coral Gables, Florida  33134
(305) 461-5757
Email: pleadings@repinespa.com
Attorney for Individual Defendants and
Ximi Franchisees

## <u>CERTIFICATE OF SERVICE</u>

I HERBY CERTIFY that on March 4th, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record.

/s/ <u>**Ricardo E. Pines, Esq.**</u>

Ricardo E. Pines PA
Attorney for Individual Defendants and
Ximi Franchisees