**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number: 21-23322-CIV-MORENO**

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

          Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., YIWU HONGMI TRADE CO. LTD., GUANG ZHOU XIBIN TRADING CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

          Defendants.
_____/

**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT**
**WITH PERMANENT INJUNCTIVE RELIEF**

Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast ("Condé Nast") and the following Defendants have entered into a settlement agreement to resolve the claims between them in the above-captioned litigation:

1. Defendant Ximi USA Franchising LLC (f/k/a Ximivogue USA Franchising, LLC);

2. Defendant Ximi Florida 010, LLC (f/k/a Ximi Vogue Florida, LLC);

3. Defendant Ximi Bal Harbour LLC (f/k/a Ximivogue Bal Harbour LLC);

4. Defendant Ximi Bayside LLC (f/k/a Ximivogue Bayside LLC);

5. Defendant Ximi Pembroke LLC (f/k/a Ximivogue Pembroke LLC);

6. Defendant Ximi Westland LLC (f/k/a Ximivogue Westland LLC);

7. Defendant Ximivogue Plaza Del Sol, LLC;

8. Defendant Ximi 12 LLC (f/k/a Ximivogue LLC);

9. Defendant Ximi Broward LLC (f/k/a Ximivogue Florida Broward, LLC);

10. Defendant Ximi Florida 001 LLC;

11. Defendant Ximi Florida 002 LLC;

12. Defendant Ximi Florida 003 LLC;

13. Defendant Ximi Florida 004 LLC;

14. Defendant Ximi Florida 005 LLC;

15. Defendant Ximi California 001, LLC;

16. Defendant Alejandro Guerrero;

17. Defendant Stephenia Lima;

18. Defendant Shahpour Dalirian; and

19. Defendant Yanet Barkley.

Pursuant to their settlement agreement, the parties jointly move the Court for entry of their proposed Consent Final Judgment and Permanent Injunction attached hereto as **Exhibit A**.

WHEREFORE, the Parties respectfully request that the Court enter the Order and Consent Final Judgment and Permanent Injunction as to Defendants Ximi USA Franchising LLC (f/k/a

Ximivogue USA Franchising, LLC), Ximi Florida 010, LLC (f/k/a Ximi Vogue Florida, LLC), Ximi Bal Harbour LLC (f/k/a Ximivogue Bal Harbour LLC), Ximi Bayside LLC (f/k/a Ximivogue Bayside LLC), Ximi Pembroke LLC (f/k/a Ximivogue Pembroke LLC), Ximi Westland LLC (f/k/a Ximivogue Westland LLC), Ximivogue Plaza Del Sol, LLC, Ximi 12 LLC (f/k/a Ximivogue LLC), Ximi Broward LLC (f/k/a Ximivogue Florida Broward, LLC), Ximi Florida 001 LLC, Ximi Florida 002 LLC, Ximi Florida 003 LLC, Ximi Florida 004 LLC, Ximi Florida 005 LLC, Ximi California 001, LLC, Alejandro Guerrero, Stephenia Lima, Shahpour Dalirian, and Yanet Barkley.

Dated: March 15, 2022

Respectfully submitted,

/s/ Michael A. Kolcun

Eric J. Partlow
Florida Bar No. 556531
Primary: Eric.Partlow@arlaw.com
Secondary: Ann.Jones@arlaw.com

Michael A. Kolcun
Fla. Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that on March 15, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Michael A. Kolcun
Michael A. Kolcun
*Attorneys for Plaintiff*