UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23322-CIV-MORENO

ADVANCED MAGAZINE PUBLISHERS
INC., doing business as CONDE NAST,

        Plaintiff,

vs.

XIMIVOGUE USA FRANCHISING LLC et al.,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. The Court has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on **September 14, 2021** and service of the summons and complaint as to XIMI VOGUE INC and ZHEJIANG XIBIN IMPORT AND EXPORT CO LTD has not been executed as of the date of this order. Therefore, it is ADJUDGED that Plaintiff shall file a response with the Court no later than **April 1, 2022** to show cause why this case should not be dismissed as to those parties for failure to serve the summons and complaint within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff fails to file such response, then the Court shall dismiss the action accordingly.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record