**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case Number: 21-23322-CIV-MORENO

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., YIWU HONGMI TRADE CO. LTD., GUANGZHOU XIBIN TRADING CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast, through its undersigned counsel, hereby gives notice of its following response to the Court's Order to Show Cause dated March 25, 2022 [Dkt. 52; "Order"] as follows:

1. The Order requires Plaintiff to show cause why this case should not be dismissed as to Defendant Ximi Vogue Inc. and Defendant Zhejiang Xibin Import and Export Co. Ltd. for failing to execute service of the Summons and the initial Complaint on those two parties.

2. First, Defendant Ximi Vogue Inc. has been dropped from this action. On December 9, 2021, Plaintiff filed an unopposed motion for an extension of time to serve Defendant Ximi Vogue Inc. [Dkt. 23]. The Court denied that motion. [Dkt 26]. On February 18, 2022, Plaintiff filed its operative Amended Complaint. [Dkt. 41]. The operative Amended Complaint does not include Defendant Ximi Vogue Inc., which has been dropped as a result. *See* Fed.R.Civ.P. 15(a). In any event, Plaintiff does not oppose the Court's dismissal of Defendant Ximi Vogue Inc. under Fed.R.Civ.P. 21.

3. Second, Plaintiff has not executed service of the Summons and the initial Complaint on Defendant Zhejiang Xibin Import and Export Co. Ltd. because it filed the operative Amended Complaint that supersedes the initial Complaint. [Dkt. 41]. Although the deadline for serving this foreign defendant has not yet expired under Fed.R.Civ.P. 4, Plaintiff is currently contemplating whether to drop or dismiss Defendant Zhejiang Xibin Import and Export Co. Ltd. from this action under Fed.R.Civ.P. 21 or Fed.R.Civ.P. 41(a)(1)(A)(i). Plaintiff will promptly notify the Court of its decision.

Dated: April 1, 2022                    Respectfully submitted,

/s/ Michael A. Kolcun

Eric J. Partlow
Florida Bar No. 556531
Primary: Eric.Partlow@arlaw.com
Secondary: Ann.Jones@arlaw.com

Michael A. Kolcun
Fla. Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Eric J. Partlow
Eric J. Partlow
*Attorneys for Plaintiff*