UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23322-CIV-MORENO

ADVANCED MAGAZINE PUBLISHERS
INC., doing business as CONDE NAST,

    Plaintiff,

vs.

ZHEJIANG XIBIN IMPORT AND EXPORT
CO. LTD., YIWU HONGMI TRADE CO.
LTD., and GUANGZHOU XIBIN TRADING
CO. LTD.,

    Defendants.
_____/

## ORDER DISMISSING CASE AS TO DEFENDANT ZHEJIANG XIBIN IMPORT AND EXPORT CO LTD WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On March 28, 2022, the Court issued an Order to Show Cause why the complaint in this case was not served on Defendant Zhejiang Xibin Import and Export Co. Ltd. In response, the plaintiff indicated that it was "contemplating whether to drop or dismiss" Zhejiang from the action and it would "promptly notify the Court of its decision." As of the date of this Order, Plaintiff has not indicated whether it will serve or dismiss the defendant. Therefore, it is **ADJUDGED** that this case is DISMISSED without prejudice as to Defendant Zhejiang Xibin Import and Export Co. Ltd. for failure to serve.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of June, 2022.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

---

[1] All other defendants, except for Yiwu Hongmi Trade Co. Ltd. and Guangzhou Xibin Trading Co. Ltd., have entered a consent judgment (D.E. 46, 51) or had a default judgment entered against them, (D.E. 50).