UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23322-CIV-MORENO

ADVANCED MAGAZINE PUBLISHERS
INC., doing business as CONDE NAST,

    Plaintiff,

vs.

YIWU HONGMI TADE CO. LTD. and
GUANGZHOU XIBIN TRADING CO. LTD.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. The Court has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on **February 18, 2022** and service of the summons and complaint has not been executed on Yiwu Hongmi Trade Co. Ltd. and Guangzhou Xibin Trading Co. Ltd. as of the date of this order. Therefore, it is ADJUDGED that Plaintiff shall file a response with the Court no later than **July 11, 2022** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Defendants. If Plaintiff fails to file such response, then the Court shall dismiss the action.

DONE AND ORDERED in Chambers at Miami, Florida, this _27_ of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record