UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-23322-CIV-MORENO

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

v.

ZHEJIANG XIBIN IMPORT AND EXPORT CO., LTD., YIWU HONGMI TRADE CO. LTD., GUANGZHOU XIBIN TRADING CO., LTD., XIMIVOGUE USA FRANCHISING, LLC, XIMI VOGUE FLORIDA, LLC, XIMIVOGUE BAL HARBOUR LLC, XIMIVOGUE BAYSIDE LLC, XIMIVOGUE PEMBROKE LLC, XIMIVOGUE WESTLAND LLC, XIMI VOGUE PLAZA DEL SOL, LLC, XIMIVOGUE LLC, ALEJANDRO GUERRERO, STEPHENIA LIMA, SHAHPOUR DALIRIAN, YANET BARKLEY, XIMI VOGUE FLORIDA BROWARD LLC, XIMI FLORIDA 001 LLC, XIMI FLORIDA 002 LLC, XIMI FLORIDA 003 LLC, XIMI FLORIDA 004 LLC, XIMI FLORIDA 005 LLC, XIMI CALIFORNIA 001 LLC, KKCUTE INC. (FORMERLY d/b/a XIMIVOGUE CHICAGO INC.), and XIMIVOGUE NORTH CAROLINA, LLC,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

    Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Advance Magazine Publishers Inc., d/b/a Condé Nast, through its undersigned counsel, hereby gives notice that this action is voluntarily dismissed in its entirety and without prejudice.

Dated: July 11, 2022

Respectfully submitted,

/s/ Michael A. Kolcun

Eric J. Partlow
Florida Bar No. 556531
Primary: Eric.Partlow@arlaw.com
Secondary: Ann.Jones@arlaw.com

Michael A. Kolcun
Fla. Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com

ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Michael A. Kolcun
Michael A. Kolcun
*Attorneys for Plaintiff*