UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 21-23322-CIV-MORENO

ADVANCED MAGAZINE PUBLISHERS
INC., doing business as CONDE NAST,

        Plaintiff,

vs.

XIMIVOGUE USA FRANCHISING LLC et
al.,

        Defendants.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER
## DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal

**(D.E. 58),** filed on **July 11, 2022**. THE COURT has considered the notice and the pertinent

portions of the record, and is otherwise fully advised in the premises. Defendant has neither

answered the complaint nor moved for summary judgment. It is **ADJUDGED** that this Cause is

**DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ.

P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if

appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _18_ of July 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record